IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KOFFI JOSUE BESSAN, <br>     Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:17-CV-1753-M-BK |
| TACO-CABANA LP, <br>     Defendant. | § § § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. *Defendant Taco-Cabana L.P.'s Motion to Compel Arbitration and Dismiss Plaintiff's Claims or Stay Proceedings*, Doc. 14, is **GRANTED** and Plaintiff will be required to arbitrate his claims.

**SO ORDERED** this 3rd day of April, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE